IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | | |
|---|---|---|
| WILLIAM FRANKLIN HALL, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 04-17-ST |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| BOARD OF PAROLE AND POST-PRISON SUPERVISION, | ) | |
| | ) | |
| Defendant. | ) | |

Anthony D. Bornstein
Assistant Federal Public Defender
101 S. W. Main Street, Suite 1700
Portland, Oregon 97204

Attorney for Petitioner

Hardy Myers
Attorney General
Douglas Y.S. Park
Assistant Attorney General
Department of Justice
1162 Court Street N. E.
Salem, Oregon 97310

Attorneys for Respondent

KING, Judge:

The Honorable Janice M. Stewart, United States Magistrate Judge, filed Findings and Recommendation on October 5, 2005. The matter is before this court. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). Petitioner has filed objections to the Findings and Recommendation. Respondent has filed a response.

When either party objects to any portion of the Magistrate's Findings and Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate's report. See 28 U.S.C. § 636(b)(1)(C); McDonnell Douglas Corp. v. Commodore Business Machines, Inc., 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982).

Having given a *de novo* review of the issues raised in petitioner's objections to the Findings and Recommendation, I find no error.

Accordingly, I ADOPT Magistrate Judge Stewart's Findings and Recommendation (#37) and DENY the Petition for Writ of Habeas Corpus (#1) and enter judgment DISMISSING this case with prejudice.

IT IS SO ORDERED.

Dated this 21st day of December, 2005.

Garr M. King
United States District Judge